# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**507**

**KA 08-02218**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND GREEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V        ORDER

ROBERT ELLISON, ALSO KNOWN AS ROBERT ELLISON,
JR., DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (ERIC M. DOLAN OF
COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL C. GREEN, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County
(Francis A. Affronti, J.), rendered March 18, 2008. The judgment
convicted defendant, upon his plea of guilty, of robbery in the first
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: April 29, 2011            Patricia L. Morgan
                                                 Clerk of the Court